**UNITED STATES of America**

v.

**Tristan GREEN, Appellant.**

**No. 13–2558.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Jan. 14, 2014.

Filed: Jan. 16, 2014.

Daryl F. Bloom, Esq., Stephen R. Cerutti, II, Esq., Office of United States Attorney, Harrisburg, PA, for United States of America.

John A. Abom, Esq., Abom & Kutulakis, Carlisle, PA, for Appellant.

Before: AMBRO, HARDIMAN and GREENAWAY, JR., Circuit Judges.

## OPINION

HARDIMAN, Circuit Judge.

Tristan Green appeals an order of the District Court revoking his supervised release following his convictions in a subsequent federal case. While on supervised release, Green was charged in September 2011 with one count of armed bank robbery and one count of use of a firearm during a crime of violence in violation of 18 U.S.C. §§ 924(c)(1)(A), 2113(a), 2113(d), and 18 U.S.C. § 2. Based on these charges, the United States Probation Office petitioned for revocation of Green's supervised release.

Green was tried before a jury and convicted of both armed robbery and use of a firearm during a crime of violence. Consequently, the District Court revoked Green's supervised release, sentencing him to 24 months' imprisonment.

Green appealed the District Court's order revoking his supervised release. In doing so, however, Green acknowledged that "the outcome of the instant appeal is wholly dependent upon the outcome of 13–2056." Because we affirmed Green's convictions in 13–2056 on November 14, 2013, *United States v. Green*, 543 Fed.Appx. 266,

---

1. The District Court exercised jurisdiction under 18 U.S.C. § 3231. We exercise appellate jurisdiction under 28 U.S.C. § 1291.

2013 WL 6017425 (3rd Cir.2013), we will affirm the order of the District Court revoking Green's supervised release in this case.